Case No. 23-35162

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

TODD BRINKMEYER,

    Plaintiff-Appellant,

v.

WASHINGTON STATE LIQUOR AND CANNABIS BOARD,

    Defendant-Appellee.

PLAINTIFF-APPELLANT'S UNOPPOSED MOTION FOR
VOLUNTARY DISMISSAL

Appeal from the United States District Court for the
Western District of Washington
The Honorable Mary Sue Wilson
Civil No. 3:20-CV-05661-BHS

Bruce L. Campbell
Iván Resendiz Gutierrez
Daniel J. Oates, P.C.
Christine M. Masse, P.C.
MILLER NASH LLP
Pier 70
2801 Alaskan Way, Ste 300
Seattle, WA  98121
Telephone:  206.624.8300

>Attorneys for Plaintiff-
>Appellant
>Todd Brinkmeyer

In accordance with Federal Rule of Appellate Procedure 42(b), Plaintiff-Appellant, Todd Brinkmeyer, respectfully moves the Court for an order dismissing this appeal with no award of attorney's fees or costs to any party. No briefs have been filed by either side. Plaintiff-Appellant's counsel has conferred with Defendant-Appellee's counsel and has been informed that Defendant-Appellee does not object to this motion.

DATED this 7th day of April, 2023.

MILLER NASH LLP

*s/Iván Resendiz Gutierrez*
Iván Resendiz Gutierrez, WSBA No. 58812
Bruce L. Campbell, WSBA No. 19364
Daniel J. Oates, P.C., WSBA No. 39334
Christine M. Masse, P.C., WSBA No. 29372

*Of Attorneys for Plaintiff-Appellant Todd Brinkmeyer*

4867-4809-2508.1